MORRIS PETERSON
Steve Morris, Bar No. 1543
Rex D. Garner, Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474 9400
Facsimile:   (702) 474-9422

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FASTENERS FOR RETAIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> NINGBO LIUHE PLASTICS CO. LTD. and NINGBO ZHENHAI LIUHE PLASTICS CO. LTD., <br><br> Defendants. | CASE NO: 2:10-CV-0306-JCM-RJJ <br><br> **ORDER ON PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION** |

Plaintiff Fasteners for Retail, Inc.'s ("FFR") Motion For Permanent Injunction having been fully briefed, Defendants Ningbo Liuhe Plastics Co. Ltd. and Ningbo Zhenhai Liuhe Plastics Co. ("Ningbo") having received notice of the motion, the Court having considered FFR's Verified Complaint and all exhibits thereto, the Declaration of Paul A. Mueller, FFR's Memorandum of Law in support of its motion for permanent injunction, the Court having previously granted a Temporary Restraining Order on a $500 bond and a preliminary injunction, and the Court being fully advised in the premises, finds as follows:

A.    FFR has shown a likelihood of success on the merits of its claims against Ningbo for patent infringement, copyright infringement, trademark infringement, and misappropriation of trade secrets.  Furthermore, because

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Defendants have failed to answer the Complaint or otherwise respond, and the Clerk having entered their default, the Court deems the allegations of the Complaint concerning infringement to have been established and proven.

       B.     FFR will suffer irreparable damage and has no adequate remedy at law if a permanent injunction does not issue, because money damages cannot compensate FFR for the damages it would suffer if an injunction is not issued.

       C.     The balance of equities favors entering a permanent injunction against Ningbo, in that greater injury would be inflicted upon FFR by the denial of the preliminary injunction than would be experienced by Ningbo if such relief is granted.

       D.     Entering a permanent injunction against Ningbo is in the public interest.

**IT IS HEREBY ORDERED THAT:**

1.     FFR's Motion For Permanent Injunction is granted.

2.     Ningbo, and its officers, agents, employees, and all those persons in active concert or participation with them and with actual notice of this Permanent Injunction, are enjoined from:

       a)     selling, displaying, or offering for sale the following Ningbo products (identified by Ningbo Product ID): LHR 001, LHR 002, LHR 003, LHR 004, LHR 005, LHR 006, LHR 008, LHR 009, LHG 001, LHG 003, LHG 004, LHX 001, LHB 001, LHB 002, LHB 004, LHB 005, LHB 007, LHB 008, LHB 009, LHB 010, LHB 011, LHB 012, LHB 013, LHB 014, LHB 015, LHB 016, LHB 017, LHB 018, LHB 019, LHB 020, LHB 021, LHB 022, LHB 023, LHB 024, LHB 025, LHB 026, LHB 027, LHB 028.

       b)     directly or indirectly using the mark "Data Strip" in conjunction with the sale or display of sign holders.

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

c) disclosing or using any of the confidential information and trade secrets obtained from FFR in the manufacture, marketing, or sale of any Ningbo products.

d) copying, distributing, or otherwise using any unauthorized diagram, image or photograph of FFR's products and component parts, including photographs associated with the following FFR products (identified by FFR product ID): 1815260001, 1815260002, 1514844301, 1516034301, 4407547001, 4401637900, 4401637901, 4401947401, 4401947402.

e) publishing or displaying any product catalogs that include any unauthorized diagrams, images or photographs of FFR's products and component parts, including photographs associated with the following FFR products (identified by FFR product ID): 1815260001, 1815260002, 1514844301, 1516034301, 4407547001, 4401637900, 4401637901, 4401947401, 4401947402.

3. The bond in the amount of $500, previously posted by Plaintiff, shall be released.

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

4. This permanent injunction shall continue in effect in accordance with law.

DATED: June 15, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

*Order Prepared By:*
MORRIS PETERSON

By _____
Steve Morris, Bar No. 1543
Rex D. Garner, Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

<u>Of counsel</u>
Steven A. Weiss
William B. Berndt (*admitted pro hac vice*)
Joseph J. Siprut
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Fl.
Chicago, IL 60606

Attorneys for Plaintiff

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4