MORRIS PETERSON
Steve Morris, Bar No. 1543
Rex D. Garner, Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474 9400
Facsimile:   (702) 474-9422

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FASTENERS FOR RETAIL, INC., | CASE NO: 2:10-CV-0306-JCM-RJJ |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| NINGBO LIUHE PLASTICS CO. LTD. and NINGBO ZHENHAI LIUHE PLASTICS CO. LTD., | |
| Defendants. | |

      Plaintiff Fasteners for Retail, Inc.'s ("FFR") Motion For an Award of Statutory Damages having been fully briefed, the Court having considered FFR's Verified Complaint against Defendants Ningbo Liuhe Plastics Co. Ltd. and Ningbo Zhenhai Liuhe Plastics Co. ("Ningbo") and all exhibits thereto, the Declaration of Paul A. Mueller, FFR's Memorandum of Law in support of its motion, the default entered against Ningbo for failing to appear or otherwise respond to the Complaint despite proper service of same and the summons, and the Court being fully advised in the premises, finds as follows:

      1.     FFR is the owner of six patents, one registered trademark, four copyrighted photographs, and trade secrets at issue in this litigation.  These items are collectively referred to as the "Intellectual Property," and they are presumed valid.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2.     Ningbo acquired access to FFR's Intellectual Property through a business relationship in which Ningbo was required to sign a confidentiality agreement.

3.     After the business relationship between FFR and Ningbo ended, Ningbo used FFR's Intellectually Property to create and market competing products that are substantially identical to those of FFR.

4.     Ningbo has, by its actions, infringed FFR's six patents, one trademark through 17 different Ningbo products, and four copyrighted works, and Ningbo has misappropriated trade secrets.  The Court finds that Ningbo's infringement was willful because it knew of FFR's Intellectual Property, having gained knowledge thereof directly from FFR through a prior business relationship and had agreed to keep it confidential and not use the Intellectually Property for its own benefit.

5.     17 U.S.C. § 504(c)(1) allows a court to award statutory damages of not less than $750 and not more than $30,000 for every instance of copyright infringement.

6.     17 U.S.C. § 1117(c)(1) allows a court to award statutory damages of not less than $1,000 and not more than $200,000 for every instance of trademark infringement.

**Accordingly, IT IS HEREBY ORDERED THAT:**

1.     In addition to the permanent injunction entered by separate order, Plaintiff is awarded the following statutory damages:

2.     $20,000 for each of the four instances of copyright infringement, for a total of $80,000 for copyright infringement.

3.     $5,000 for each of Ningbo's 17 products that infringe upon FFR's trademark, for a total of $140,000 for trademark infringement.

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

4.    The total judgment of $220,000 shall accrue post-judgment interest as pursuant to 28 U.S.C. § 1961.

DATED: August 20, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

*Order Prepared By:*
MORRIS PETERSON

By_____
Steve Morris, Bar No. 1543
Rex D. Garner, Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

<u>Of counsel</u>
Steven A. Weiss
William B. Berndt (*admitted pro hac vice*)
Joseph J. Siprut
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Fl.
Chicago, IL 60606

Attorneys for Plaintiff

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422